No. 96–9289. McGEE v. ENDICOTT, SUPERINTENDENT, COLUMBIA CORRECTIONAL INSTITUTION. C. A. 7th Cir. Certiorari denied.

No. 96–9290. JOHNSON v. NIXON ET AL. C. A. 8th Cir. Certiorari denied.

No. 96–9292. KIRBY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–9294. PEBWORTH v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–9295. SAPP v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 96–9296. PONDER v. DYE, SHERIFF, TILLAMOOK COUNTY, OREGON. C. A. 9th Cir. Certiorari denied.

No. 96–9297. PONDER v. BALDWIN, SUPERINTENDENT, EASTERN OREGON CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.

No. 96–9298. CLAY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–9299. ODUMOSU v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–9300. BOHARSKI v. BOHARSKI. Sup. Ct. Mont. Certiorari denied.

No. 96–9301. BANKS v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI. C. A. 8th Cir. Certiorari denied.

No. 96–9302. BETTS v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 96–9303. PALMISANO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 96–9304. SINGLETON v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.